| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | JUL 18 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

PLANNED PARENTHOOD MAR MONTE, INC.,

    Plaintiff - Appellant,

 v.

GARRIT PRUYT, Carson City District Attorney; et al.,

    Defendants - Appellees,

and

Mr. AARON DARNELL FORD Esquire, Nevada Attorney General; et al.,

    Defendants.

No. 25-2432

D.C. No. 3:85-cv-00331-ART-CSD
District of Nevada, Reno

ORDER

    A motions panel of this court referred Plaintiff-Appellant's motion for stay pending appeal (Dkt. 7) to the merits panel scheduled to hear argument in this appeal in October 2025. Also pending before the court is Defendants-Appellees' motion to clarify or reconsider (Dkt. 18).

    To determine whether to issue a stay pending appeal, we consider: "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested

in the proceeding; and (4) where the public interest lies." *Nken v. Holder*, 556 U.S. 418, 426 (2009) (citation omitted). To satisfy the first prong, the movant must demonstrate—at a minimum—that it has raised "serious questions going to the merits," in which case it must also show that "the balance of hardships tips sharply" in its favor. *All. for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1134-35 (9th Cir. 2011) (citation omitted).

Here, Plaintiff-Appellant failed to establish serious questions going to the merits on its argument that the change in law effected by *Dobbs v. Jackson Women's Health Org.*, 597 U.S. 215 (2022) did not warrant dissolution of the permanent injunction under Federal Rule of Civil Procedure 60(b)(5). *See Cal. ex rel. Becerra v. U.S. Env't Prot. Agency*, 978 F.3d 708, 716 (9th Cir. 2020).

Accordingly, Plaintiff-Appellant's motion for stay pending appeal (Dkt. 7) is DENIED.

Defendant-Appellees' motion to clarify or reconsider (Dkt. 18) is DENIED AS MOOT.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT